Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **MOHAMMAD KHALID,** Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD KHALID,**<br><br>         **Plaintiff;**<br><br>    v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br>         **Defendants.** | Case No.: 1:07-CV-0530 - LJO DLB<br><br>A No.: 73 411 535<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: May 14, 2007.                    PETER SINGH & ASSOCIATES, P.C.


                                                    /s/ Peter Singh
                                        Peter Singh
                                        Attorney for Plaintiff.

Dated: May 14, 2007.                    U.S. ATTORNEY EASTERN
                                        DISTRICT OF CALIFORNIA.


                                                /s/ Audrey B. Hemesath
                                        Audrey B. Hemesath,
                                        Attorney for Defendants.

1
2   It is so ordered.  On the basis of the stipulation and the cited law, the matter is
dismissed.
3
4
5   IT IS SO ORDERED.
6
7   **Dated:**   May 15, 2007                                  /s/ Lawrence J. O'Neill
8                                                    UNITED STATES DISTRICT JUDGE